IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| vs. | * |
| | Case Number 7:11-CR-6-1 (HL) |
| DAVID LASTER, | * |
| Defendant | * |

O R D E R

Pursuant to an Appearance Bond dated February 14, 2011, Defendant was released on bond following the payment into the registry of the Court of the sum of $ 1,000. The conditions of the Appearance Bond have now been met and the Clerk is directed to disburse from the registry of the Court the sum of $ 1,000, plus all accrued interest to:

Shirley Foster

This 26th day of January, 2012.

*s/ Hugh Lawson*
SENIOR UNITED STATES DISTRICT JUDGE